### 6351.  MOORE v. THE STATE.

WADE, J.  No error of law is complained of, and since the evidence for the State amply supports the verdict returned, the trial judge did not err in overruling the motion for a new trial.  *Judgment affirmed.*

DECIDED MAY 3, 1915.

Indictment for assault with intent to murder; from Liberty superior court—Judge Larsen.  December 28, 1914.

*Ben. A. Way,* for plaintiff in error.

*W. F. Slater, solicitor-general,* contra.